## LORIENTON N.A. PALMER
145 Delaware Avenue
Freeport, New York 11520

February 17, 2012

**Hon. I. Leo Glasser, USDJ: Fax (718) 613-2446**
**Hon. Brian M. Cogan, USDJ: Fax (718) 613-2236**

Re:   Request for Records in *US v. John Doe*, EDNY Docket No. 98-cr-1101

Dear Honorable Judges:

I am hereby requesting that the court files in the above-referenced case be immediately unsealed and that I be allowed a chance to review and/or copy those files.

The referenced case was discussed in the February 5, 2012 New York Times article written by Benjamin Weiser.

Under the decisions of the US Supreme Court (including <u>Press-Enterprise v. Superior Court of California</u>, 464 US 50 (1984)) and the Second Circuit's decisions (including <u>Hartford-Courant v. Pellegrino</u>, 360 F3d 83 (2004)), the public has a right, under the First Amendment, to review a criminal court docket unless there is a specific finding that sealing that docket is essential to preserve a higher value and the related sealing order is "narrowly tailored to serve that interest." That "narrowly tailored" interest must be spelled out "with findings specific enough that a reviewing court can determine whether the closure order was properly entered."

As a US citizen and a citizen and resident of the State of New York, I am requesting that the files in the matter "US v. John Doe, 98-cr-1101" – including the records, transcripts and related appeals- be immediately unsealed and that I be allowed a chance to review and/or copy those files.

Yours truly,

*[signature]*
Lorienton N.A. Palmer