**THE McCLATCHY COMPANY**

Sallah, Mike <msallah@miamiherald.com>

# Records Request

1 message

**Sallah, Mike <msallah@miamiherald.com>**     Fri, Feb 17, 2012 at 4:53 PM
To: Mike Sallah <msallah@miamiherald.com>

Hon. Judge I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Fax: 718-613-2446

Dear Judge:
The Miami Herald respectfully requests the court to unseal the entire docket of 98-CR1101. We believe the case is a public record under federal law and represents significant interest to the public.
Thank you.

Michael Sallah
Dan Christensen

The Miami Herald
One Herald Plaza
Miami, FL 33132
305-962-2218

CC/Sandy Bohrer, Holland & Knight