# FAX

| | | | |
|---|---|---|---|
| TO: | Hon. Judge I. Leo Glasser | FROM: | Yoav Bitter |
| FAX: | 718-613-2446 | FAX: | 212-591-6757 |
| PHONE: | | PHONE: | 212-0046 |
| SUBJECT: | | DATE: | February 9, 2012 |

COMMENTS:

Hon. Judge I. Leo Glasser (fax No. : 718-613-2446)
U.S. Court of Appeals (fax No.: 212-857-8681)
Hon. Brian Cogan (fax No. 718-613-2236)

Re: U.S. v. "John Doe," EDNY docket number 98-cr-1101.

Dear Judges:

I am a member of the public, and thus have standing to demand the unsealing of unlawfully sealed court files. The Second Circuit stated in Hartford-Courant v. Pellegrino, 360 F.3d 83 (2004), that the public has a First Amendment right and a common-law right of access to criminal court dockets. I am sending this fax to enforce that right. The U.S. Supreme Court stated in Press-Enterprise Co. v. Superior Court of Cal, 464 U.S. 50, at 510, and Press-Enterprise II, 478 U.S. 1, at 9-10): "[T]he presumption [that court proceedings are open to the public] may be overcome only by an overriding interest based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest. The interest is to be articulated along with findings specific enough that a reviewing court can determine whether the closure order was properly entered."

Accordingly, in my capacity as a U.S. citizen, I demand that you immediately unseal the docket entries, and all documents and transcripts with respect to the EDNY matter of U.S. v. "John Doe," 98-cr-1101, and the related appeals.

I demand that the court do so immediately, as required by the Hartford Courant decision.

Sincerely,

Yoav Bitter