UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

In the Matter of the Motion to Unseal : Docket No. 12 MC 150 (ILG)

Docket No. 98-1101 :

:

:

## MEMORANDUM IN OPPOSITION TO THE MIAMI HERALD MEDIA COMPANY'S MOTION FOR ENTRY OF AN ORDER UNSEALING THE DOCKET

This Court should deny the Miami Herald Media Company's ("The Miami Herald") Motion for Entry of an Order Unsealing the Docket, dated March 12, 20102 ("Unsealing Motion"). While the Miami Herald's motion does cite general principles of First Amendment law supporting open court proceedings and dockets, it lacks any specific analysis of the four-prong test required under U.S. v. Doe, 63 F.3d 121, 128 (2d. Cir. 1995) to determine whether the docket in this specific case, 98-1101, should remain sealed.

Furthermore, the Miami Herald acknowledges that the presumption of openness is "rebuttable upon demonstration that suppression is essential to preserve higher values and is narrowly tailored to serve that interest." However, it fails to consider the "higher value" present in this case. Consequently, this Court should deny the Miami Herald's motion.

Dated: New York, New York
April 3, 2012

                                        BEYS, STEIN & MOBARGHA LLP

                                        Nader Mobargha, Esq. (NM7162)
                                        Jason Berland, Esq. (JB4136)
                                        The Chrysler Building
                                        405 Lexington Avenue, 7th Floor
                                        New York, New York 10174
                                        212-387-8200
                                        *Attorneys for Defendant*