UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

In the Matter of the Motion to Unseal
Docket No. 98 - 1101

Docket No. 12 MC 150 (ILG)

---

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Rule 1.3 of the Local Rules of the United States Court for Southern and Eastern Districts of New York, I, Sanford L. Bohrer, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Miami Herald Media Company in the above-captioned action.

I am a partner in the law firm of Holland & Knight LLP, counsel for Miami Herald Media Company, and a member of the court of the State of Florida and New York. I was admitted to practice in Florida in 1973 and in New York in 1988. Certificates of good standing issued by the United States District Court for the Southern District of New York and by the United States District Court for the Southern District of Florida are attached hereto as Exhibit A. A certificate of good standing issued by the United States District Court for the Middle District of Florida has been ordered and is pending receipt.

I certify that I have read and am familiar with the Local Rules of this District and the Federal Rules of Civil Procedure.

        Respectfully submitted,

/s/ *Sanford L. Bohrer*
Sanford L. Bohrer
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
(305) 374-8500
*Attorneys for Miami Herald Media Company*

#11133675_v1

# Exhibit A

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>   **SANFORD LEWIS BOHRER**   </u>, Bar # <u>   **SB9385**   </u>

was duly admitted to practice in this Court on

<u>   **NOVEMBER 23rd, 2012**   </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>   on   <u>   **APRIL 09th, 2012**   </u>

<u>   Ruby J. Krajick   </u>   by   <u>   /s/ signature   </u>
Clerk                                    Deputy Clerk

AO 136
(Rev 6/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



**CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA  }  Fla. Bar. # **160643**
SOUTHERN DISTRICT OF FLORIDA

I, **STEVEN M. LARIMORE**, Clerk of the United States District Court for the Southern District of Florida,

DO HEREBY CERTIFY that  *Sanford Lewis Bohrer*  was duly admitted to practice in said Court on **10/26/1973**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this April 9, 2012.

STEVEN M. LARIMORE
Court Administrator •Clerk of Court

By _____
Deputy Clerk