UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

In the Matter of the Motion to Unseal
Docket No. 98 - 1101

Docket No. 12 MC 150 (ILG)

---

## DECLARATION OF SANFORD L. BOHRER

SANFORD L. BOHRER, affirms under penalty of perjury as follows:

1. I am a partner in the law firm of Holland & Knight LLP, counsel for Miami Herald Media Company, and a member of the court of the State of Florida and New York. I was admitted to practice in Florida in 1973 and in New York in 1988. Additional certificates of good standing issued by the United States District Court for the Middle District of Florida and United State Court of Appeals for the Ninth Circuit are attached hereto as Exhibit A.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Dated: Miami, Florida
      April 17, 2012

Respectfully submitted,

/s/ *Sanford L. Bohrer*
Sanford L. Bohrer
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
(305) 374-8500
*Attorneys for Miami Herald Media Company*

# EXHIBIT A

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

CERTIFICATE OF
GOOD STANDING

I, SHERYL L. LOESCH, Clerk of this Court, certify that

**SANFORD LEWIS BOHRER**
**FL Bar No. 0160643**

was duly admitted to practice in this Court on

December 2, 1974

and is in good standing as a member of the Bar of this Court.

Dated at Orlando, Florida, on April 10, 2012.

SHERYL L. LOESCH
Clerk          Deputy Clerk



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Sanford L. Bohrer was duly admitted to practice in this Court on February 22, 2007 and is in good standing in this Court.

Dated at San Francisco, California on April 9, 2012.

_____
Clerk of the United States Circuit Court of Appeals for the Ninth Circuit