UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: GLASSER, J.          DATE:   AUGUST 22, 2012          TIME:  11:00 A.M.

DOCKET #: 12 MC 150 (ILG)

TITLE:  In Re Applications to Unseal 98 CR 1101(ILG), USA v. John Doe

DEPUTY CLERK:  Stanley Kessler

COURT REPORTER:       Judi Johnson

APPEARANCES:

    For Movant Miami Herald Media Company:   Steven Leo D'Alessandro, Esq.

    For Movant Lorienton N.A. Palmer:   Frederick Martin Oberlander, Esq.

    For Movant Richard Roe:   Irv Hirsch, Esq.

    For Respondent U.S.A.:   Todd Kaminsky, AUSA - #6367
                     Elizabeth Jane Kramer, AUSA - #6304

    For Respondent John Doe:   Jason Hunt Berland, Esq.
                     Nader Mobargha, Esq.

### ORAL ARGUMENT OF MOTION

- ✔ Case called.
- ✔ Steven L. D'Alessandro, Esq. present for movant Miami Herald Media Company.  Frederick Martin Oberlander, Esq. present for movant Lorienton N.A. Palmer.  Irv Hirsch, Esq. present for movant Richard Roe.  Movant Linda Strauss not present.  Nader Mobargha, Esq. and Jason Hunt Berland, Esq. present for respondent John Doe.  Todd Kaminsky, AUSA and Elizabeth Jane Kramer, AUSA present for respondent U.S.A.
- ✔ The Court directs that only that portion of the motions to unseal U.S.A. v. John Doe, CR-98-1101 that pertains to the unsealing of the docket sheet will be heard today.  The remaining portions of the motions will be heard at a later date.
- ✔ The application of counsel for movant Richard Roe for an adjournment of today's hearing of the motion to unseal is denied for the reasons stated on the record.
- ✔ The firm of Wilson Elser Moskowitz Edelman & Dicker LLP moves to be relieved as counsel for movant Richard Roe.  The Court defers a ruling on the motion.
- ✔ The motions of Lorienton N.A. Palmer, the Miami Herald Media Company, Richard Roe and Linda Strauss for an order unsealing the docket sheet in U.S.A. v. John Doe, CR-98-1101 are argued.
- ✔ Decision reserved.

**TIME:**   1/00

Case 1:12-mc-00150-ILG   Document 38   Filed 08/23/12   Page 2 of 2 PageID #: 131