**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: GLASSER, J.          DATE:    OCTOBER 9, 2012         TIME:  2:30 P.M.

DOCKET #: 12 MC 150 (ILG)

TITLE:  In Re Applications to Unseal 98 CR 1101(ILG), USA v. John Doe

DEPUTY CLERK:   Stanley Kessler

COURT REPORTER:      Judi Johnson

APPEARANCES:

       For Movant Lorienton N.A. Palmer:   Frederick Martin Oberlander, Esq.

       For Movant Richard Roe: Richard E. Lerner, Esq.

       For Respondent U.S.A.:  Todd Kaminsky, AUSA
                               Elizabeth Jane Kramer, AUSA
                               Evan M. Norris, AUSA

       For Respondent John Doe:  Michael Beys, Esq.
                              Nader Mobargha, Esq.

MOTION HEARING

✔ Case called.

✔ Frederick Martin Oberlander, Esq. present for movant Lorienton N.A. Palmer.  Richard E. Lerner, Esq.
  present for movant Richard Roe.  Nader Mobargha, Esq. and Michael Beys, Esq.  present for
  respondent John Doe.  Todd Kaminsky, AUSA, Elizabeth Jane Kramer, AUSA and Evan M. Norris, AUSA
   present for respondent U.S.A.

✔ The in limine motion of movants Lorienton N.A. Palmer and Richard Roe filed on 10/9/2012 was denied.

✔ The Court ordered the closing of the courtroom for the purpose of determining the unsealing of
  filings in case 98 CR 1101.

TIME:   3/10