RJN 00 000004 102212

**JEFFREY LICHTMAN**
ATTORNEY AT LAW

41 MADISON AVENUE
34TH FLOOR
NEW YORK, NEW YORK 10010

TELEPHONE: 212 980 9595
FAX: 212 689 7050

October 10, 2000

**BY TELEFAX: (718) 254-6180**
Eric O. Corngold, Esq.
Assistant United States Attorney
Eastern District of New York
1 Pierrepont Plaza
Brooklyn, New York 11201

*Re: United States v. Coppa, et al.,*
*00 CR 196 (ILG)*

Dear Mr. Corngold:

I am writing on behalf of defendant Daniel Lev to follow up on our meeting of June 15, 2000 during which I reviewed certain discovery materials pertinent to this case. At our meeting, I noted my request for certain exculpatory and impeachment materials included in your general index which I believed to be Brady and/or Giglio material; i.e., bank, phone and financial records of Eugene Klotzman and Felix Sater; NASD/SEC disciplinary and employment history for Klotzman and Sater; customer complaints regarding Klotzman and Sater; materials from People v. Sater; and any recorded witness statements from these or any government witness which serve to impeach them or exculpate the defendant. United States v. Shvarts, 90 F. Supp.2d 219 (E.D.N.Y. 2000)(Glasser, J.) Of course, my request is not limited to materials found in your general index. Any other such materials within the government's possession or control is also requested.

Please contact me if you have any questions with regard to this request.

Very truly yours,

Jeffrey Lichtman