



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EOC:dbp
F.#1998r01996
ltr-ct-rest.wpd

*156 Pierrepont Street*
*Brooklyn, New York 11201*

June 12, 2002



## BY INTEROFFICE MAIL

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. John Cioffoletti,
<u>Criminal Docket No. 00-196 (ILG)</u>

Dear Sir:

The above-referenced defendant was sentenced by
the Honorable I. Leo Glasser on March 14, 2002. At that time,
pursuant to 18 U.S.C. § 3664(d)(5), Judge Glasser ordered the
government to submit to the Clerk of the Court within 90 days
information regarding victim losses. Consistent with Judge
Glasser's order, enclosed are documents which set forth victim
losses relating to the defendant's illegal activities.

The enclosed documents show losses in certain investor
accounts. Additional efforts are being made to establish the
identity of each of the investors associated with those accounts.
We will provide you with such information as it becomes
available.

Very truly yours,

ALAN VINEGRAD
UNITED STATES ATTTORNEY

By:

David B. Pitofsky
Assistant U.S. Attorney
(718) 254-6226

2

Enclosures

cc:  The Honorable I. Leo Glasser
     (by interoffice mail)
     (w/o enclosures)

     Andrew Weinstein, Esq.
     Attorney at Law
     41 Madison Avenue, 34th Floor
     New York, New York  10010
     (by regular mail)
     (w/ enclosures)

## JOSEPH TEMPERINO
### CUSTOMER LOSS CALCULATIONS

| Rep Number | SECID | Customer Account Number | Settlement Date | Buy/Sell | Price | Transaction Amount | Customer Loss |
|---|---|---|---|---|---|---|---|
| 273 | HOPRW | | 01/30/1995 | 2,500 | 3.750 | -$9,375.00 | -$9,375.00 |
| 273 | HOPRW | | 12/30/1994 | 5,000 | 3.500 | -$17,500.00 | |
| 273 | HOPRW | | 01/03/1995 | 50,000 | 3.500 | -$175,000.00 | |
| 273 | HOPRW | | 01/04/1995 | -55,000 | 3.750 | $206,250.00 | |
| 273 | HOPRW | | 01/12/1995 | 45,000 | 3.750 | -$168,750.00 | |
| 273 | HOPRW | | 01/12/1995 | 155,000 | 3.250 | -$503,750.00 | |
| 273 | HOPRW | | 02/09/1995 | 10,000 | 3.625 | -$36,250.00 | |
| 273 | HOPRW | | 02/09/1995 | 20,000 | 3.750 | -$75,000.00 | |
| 273 | HOPRW | | 02/13/1995 | -30,000 | 3.781 | $113,437.50 | |
| | | | | | | -$656,562.50 | -$656,562.50 |
| 273 | HOPRW | | 01/12/1995 | 1,000 | 3.750 | -$3,750.00 | -$3,750.00 |
| 273 | HOPRD | | 02/01/1995 | 500 | 15.000 | -$7,500.00 | |
| 273 | HOPRD | | 04/06/1995 | -500 | 14.000 | $7,000.00 | |
| 273 | HOPRW | | 04/12/1995 | 2,300 | 3.750 | -$8,625.00 | |
| | | | | | | -$9,125.00 | -$9,125.00 |
| 273 | HOPRW | | 01/11/1995 | 10,000 | 3.500 | -$35,000.00 | |
| 273 | HOPRW | | 01/23/1995 | -10,000 | 3.500 | $35,000.00 | |
| 273 | HOPRW | | 01/25/1995 | 9,000 | 3.750 | -$33,750.00 | |
| 273 | HOPRW | | 02/03/1995 | -9,000 | 3.750 | $33,750.00 | |
| 273 | HOPRW | | 02/17/1995 | 7,500 | 4.125 | -$30,937.50 | |
| 273 | HOPRW | | 03/01/1995 | -100 | 3.625 | $362.50 | |
| | | | | | | -$30,575.00 | -$30,575.00 |
| 273 | HOPRW | | 01/11/1995 | 5,500 | 3.750 | -$20,625.00 | |
| 273 | HOPRW | | 02/10/1995 | 5,000 | 3.750 | -$18,750.00 | |
| 273 | HOPRW | | 02/22/1995 | -4,000 | 3.875 | $15,500.00 | |
| 273 | HOPRW | | 02/23/1995 | 4,000 | 3.875 | -$15,500.00 | |
| 273 | HOPRW | | 05/05/1995 | -10,000 | 3.250 | $32,500.00 | |
| 273 | HOPR | | 05/01/1995 | 5,500 | 6.250 | -$34,375.00 | |
| 273 | HOPRW | | 05/17/1995 | 10,000 | 2.750 | -$27,500.00 | |
| 273 | HOPR | | 05/26/1995 | -5,500 | 4.875 | $26,812.50 | |
| | | | | | | -$41,937.50 | -$41,937.50 |
| 273 | HOPRW | | 01/30/1995 | 1,800 | 3.750 | -$6,750.00 | |
| 273 | HOPRW | | 01/30/1995 | 5,000 | 3.750 | -$18,750.00 | |
| 273 | HOPRW | | 01/30/1995 | 8,200 | 3.750 | -$30,750.00 | |
| 273 | HOPRW | | 05/01/1995 | -15,000 | 3.250 | $48,750.00 | |
| 273 | HOPR | | 05/01/1995 | 8,000 | 6.250 | -$50,000.00 | |
| | | | | | | -$57,500.00 | -$57,500.00 |
| 273 | HOPRW | | 01/11/1995 | 5,000 | 3.500 | -$17,500.00 | |
| 273 | HOPRW | | 02/27/1995 | 2,000 | 3.938 | -$7,875.00 | |
| 273 | HOPRW | | 03/28/1995 | -5,000 | 3.625 | $18,125.00 | |
| 273 | HOPRD | | 03/28/1995 | 1,000 | 15.500 | -$15,500.00 | |
| | | | | | | -$22,750.00 | -$22,750.00 |
| 273 | HOPRW | | 01/30/1995 | 2,500 | 3.750 | -$9,375.00 | -$9,375.00 |
| 273 | HOPRW | | 01/30/1995 | 25,000 | 3.750 | -$93,750.00 | |
| 273 | HOPRW | | 02/27/1995 | 10,000 | 3.938 | -$39,375.00 | |
| 273 | HOPRW | | 04/04/1995 | -20,500 | 3.563 | $73,031.25 | |
| 273 | HOPR | | 04/06/1995 | 17,000 | 7.000 | -$119,000.00 | |
| | | | | | | -$179,093.75 | -$179,093.75 |

RJN 00  000078  102212



```
                                        CR INT                    NO RR/POST
                                        1042                   COMM CODE STK      BND
                                        C/S 0 ACMCD     FUND        ACMPR
                                        IRA    IND Y     OBJECT N  REINV      REDEM
                                                    **AGREEMENTS**
                            632         MARGIN N  LOAN N  JOINT N          TRUST N  KY
                                        TRAD N INV ADV N DISC N LTD DISC N CORP R
                          BRK-BK
                                        **NO MORE BUSINESS**    ***DOCUMENT TRACK
                          ALC   917     CASH Y MARGIN Y CDY Y  OPT/AC     CUST TYP
                          CLEN  07      90 DAY RES:  N          SPC DOC
                          YREND            ***DUE DILIGENCE***            ***WRAP***
                                        CODE    NOTICE DT            F/E    FEE
NKD WRT  N
DATE OPEN: 12/20/94 CHG: 03/01/96
NEW ACCT: 632 11617                                USE PA1 KEY TO DISPLAY I/P
4-©              1           149.83.10.132              CC284220            2
```



632-11688-283 1-4

**INSTRUCTIONS**

06/04/02 8:20
# OF I/P 1

| | |
|---|---|
| BUY SEG | DIV CHK |
| SELL HOLD PRCDS | MAIL | TYPE 3 N |
| DTC: # SETL | DIV BUY FRAC |
| INTL# 00000 | DIV CR NOTICE |
| CONF HOLD | WH TAX STK BND |
| INV CONF | USA WH TAX 4 |
| DR INT | RR PAYOUT EXEMPT |
| CR INT | NO RR/POST |
| 1042 | COMM CODE STK BND |
| C/S 0 ACMCD FUND | ACMPR |
| IRA IND Y OBJECT N REINV REDEM |

TARG 03
LENG 07
CURR
GEOG 947 PCB 632
SETT 632

**AGREEMENTS**

MARGIN N LOAN N JOINT N TRUST N KYC Y
TRAD N INV ADV N DISC N LTD DISC N CORP RES N

NMCTL BRK-BK

**OPTION DATA**
COV WRTG N APP
PURCHASE N PROSP
SPREADS N NO TRAD
NKD PUTS N
NKD WRT N
DATE OPEN: 12/27/94 CHG: 01/23/96
NEW ACCT: 632 11688

ALC 947
CLEN 06
YREND

**NO MORE BUSINESS** ***DOCUMENT TRACK***
CASH N MARGIN N CDY N OPT/AC CUST TYP
90 DAY RES: N SPC DOC
***DUE DILIGENCE*** ***WRAP***
CODE NOTICE DT F/E FEE

USE PA1 KEY TO DISPLAY I/P

4-0 1 149.83 10 132 CC284220 24/12



*United States Attorney*
*Eastern District of New York*

AV:JSS:jss
P. #1999R01996
temperino sen ltr3.wpd

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

June 12, 2002

JUN 1 4 2002

BROOKLYN OFFICE

Mr. Robert Heinemann
Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Giuseppe Temperino, et al.
> Criminal Docket No. 00-196 (ILG)

Dear Mr. Heinemann:

This letter concerns restitution payments to victims of the defendant, Giuseppe Temperino, in the above-captioned case.

In October 2001, Temperino pled guilty to securities fraud. On March 13, 2002, Temperino was sentenced to, among other things, three years probation and $800,000 restitution payable to the victims of Temperino's fraud crime. Pursuant to 18 U.S.C. § 3664(d)(5), the Court permitted the government to provide information concerning the victims' losses within 90 days of the defendant's sentencing. Submitted with this letter is information concerning the victims' losses: specifically, (1) a list of customer losses sorted by account numbers, and (2) a print-out of customer names and addresses for the identified accounts. The government is seeking additional identifying information for certain of the accounts and will provide it as



U.S. Department of Justice

United States Attorney
Eastern District of New York

AV:JSS:jss
F. #1999R01996
temperino sen ltr3 wpd

One Pierrepont Plaza
Brooklyn, New York 11201

Mailing Address    147 Pierrepont Street
Brooklyn, New York 11201

June 12, 2002

JUN 1 4 2002

BROOKLYN OFFICE

Mr. Robert Heinemann
Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   United States v. Giuseppe Temperino, et al.
Criminal Docket No. 00-196 (ILG)

Dear Mr. Heinemann:

This letter concerns restitution payments to victims
of the defendant, Giuseppe Temperino, in the above-captioned
case.

In October 2001, Temperino pled guilty to securities
fraud.  On March 13, 2002, Temperino was sentenced to, among
other things, three years probation and $600,000 restitution
payable to the victims of Temperino's fraud crime.  Pursuant to
18 U.S.C. § 3664(d)(5), the Court permitted the government to
provide information concerning the victims' losses within 90 days
of the defendant's sentencing.  Submitted with this letter is
information concerning the victims' losses: specifically, (1) a
list of customer losses sorted by account numbers, and (2) a
print-out of customer names and addresses for the identified
accounts.  The government is seeking additional identifying
information for certain of the accounts and will provide it as

2

soon as it is obtained.  If you have any questions concerning
this matter, please call me at (718) 254-6238.

Respectfully submitted,

ALAN VINEGRAD
UNITED STATES ATTORNEY

By:

Jonathan S. Sack
Assistant U.S. Attorney
(718) 254-6238

Enclosures

cc:  The Honorable I. Leo Glasser (w/o encl.)
     Joseph Benfante, Esq. (w/encl.)
     U.S. Probation Officer Patricia Sullivan (w/encl.)



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AW:JBS:sss
F. #1996R01996
basilej2.sen

*315 Montague Street*
*Brooklyn, New York 11201*

*Mailing Address: 147 Pierrepont Street*
*Brooklyn, New York 11201*

October 30, 2000

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ NOV 5  2000 ★

BROOKLYN OFFICE

Ms. Linda Fowle
United States Probation Officer
Eastern District of New York
United States District Court
Eastern District of New York
Federal Plaza
Central Islip, New York 11722-4454

> Re:  United States v. Jack Basile
>       Criminal Docket No. 99-559 (S-2) (NG)
>
>       United States v. Jack Basile
>       Criminal Docket No. 00-196 (ILG)

Dear Ms. Fowle:

The government submits this letter to provide updated information concerning the loss attributable to Jack Basile in connection with the fraudulent sale of Holly Products Inc. ("Holly") securities at White Rock Partners & Co., Inc. ("White Rock"), a New York brokerage firm. Basile pled guilty to conspiracy to commit securities fraud at White Rock with respect to the Holly securities in United States v. Coppa, et al., 00 CR 196 (ILG).

As stated in the PSR (¶ 55), the government's preliminary estimate was that between $1 million and $3 million in fraudulent Holly stock sales were attributable to Basile for purposes of calculating the loss amount under U.S.S.G. § 2F1.1. Since the preparation of the PSR, the government has computed more precisely the amount of fraudulent sales attributable to Basile as approximately $3.2 million. This estimate is based on clearing firm records which indicate that about $991,000 of Holly securities were fraudulently sold by one or more persons using Basile's White Rock registered representative number ("Rep Number"), and that an additional $2.2 million were sold under the Rep Numbers of Coppa co-defendants Joseph Temperino (approximately $2.17 million) and Rocco Basile (approximately

2

$36,500). In the government's view, these amounts of fraudulent
sales should be aggregated to compute Jack Basile's loss amount
because he worked in a group, along with Temperino and his
brother Rocco, in selling Holly securities fraudulently at White
Rock.

This additional information concerning loss should not
change the guidelines loss computation in the PSR. The PSR finds
that level 13 ($2.5 to $5 million) is appropriate, given an
estimated loss of $1.6 million from Basile's other case, United
States v. Dionisio, et al., 98 CR 589 (NG), and a conservative
estimate of $1 million loss caused at White Rock. If the White
Rock loss figure is found to be $3.2 million, as now urged by the
government, the resulting combined loss amount still corresponds
to level 13.

Very truly yours,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By:

Jonathan S. Sack
Assistant U.S. Attorney
(718) 254-6238

cc:  The Honorable Nina Gershon
     The Honorable I. Leo Glasser
     Clerk of the Court (NG) and (ILG)
     John Jacobs, Esq. (By Mail)
     AUSA Patricia Notopoulos



EOC:dbp
F.#1998r01996
ltr-ct-rest.wpd

U.S. Department of Justice

FILED

United States Attorney
Eastern District of New York

156 Pierrepont Street
Brooklyn, New York 11201

BROOKLYN OFFICE

June 12, 2002

## BY INTEROFFICE MAIL

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. John Cioffoletti,
      Criminal Docket No. 00-196 (ILG)

Dear Sir:

The above-referenced defendant was sentenced by
the Honorable I. Leo Glasser on March 14, 2002. At that time,
pursuant to 18 U.S.C. § 3664(d)(5), Judge Glasser ordered the
government to submit to the Clerk of the Court within 90 days
information regarding victim losses. Consistent with Judge
Glasser's order, enclosed are documents which set forth victim
losses relating to the defendant's illegal activities.

The enclosed documents show losses in certain investor
accounts. Additional efforts are being made to establish the
identity of each of the investors associated with those accounts.
We will provide you with such information as it becomes
available.

Very truly yours,

ALAN VINEGRAD
UNITED STATES ATTTORNEY

By:   _____

David B. Pitofsky
Assistant U.S. Attorney



U.S. Department of Justice

RECEIVED
6/17/02
CHAMBERS OF
I. LEO GLASSER
United States Attorney
Eastern District of New York S. D. J.

DyF

AV:JSS:jss
F. #1999R01996
temperino sen ltr3.wpd

One Pierrepont Plaza
Brooklyn, New York 11201

*Mailing Address*    147 Pierrepont Street
Brooklyn, New York 11201

June 12, 2002

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

* JUN 1 4 2002 *

BROOKLYN OFFICE

Mr. Robert Heinemann
Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   United States v. Giuseppe Temperino, et al.
              Criminal Docket No. 00-596 (ILG)

Dear Mr. Heinemann:

        This letter concerns restitution payments to victims
of the defendant, Giuseppe Temperino, in the above-captioned
case.

        In October 2001, Temperino pled guilty to securities
fraud.  On March 13, 2002, Temperino was sentenced to, among
other things, three years probation and $800,000 restitution
payable to the victims of Temperino's fraud crime.  Pursuant to
18 U.S.C. § 3664(d)(5), the Court permitted the government to
provide information concerning the victims' losses within 90 days
of the defendant's sentencing.  Submitted with this letter is
information concerning the victims' losses:  specifically, (1) a
list of customer losses sorted by account numbers, and (2) a
print-out of customer names and addresses for the identified
accounts.  The government is seeking additional identifying
information for certain of the accounts and will provide it as

2

soon as it is obtained.  If you have any questions concerning
this matter, please call me at (718) 254-6238.

Respectfully submitted.

ALAN VINEGRAD
UNITED STATES ATTORNEY

By:

Jonathan S. Sack
Assistant U.S. Attorney
(718) 254-6238

Enclosures

cc:  The Honorable I. Leo Glasser (w/o encl.)
     Joseph Benfante, Esq. (w/encl.)
     U.S. Probation Officer Patricia Sullivan (w/encl.)

U.S. Department of Justice

United States Attorney
Eastern District of New York

EOC:dlp
F:#199:r01996
:x-ct:rest2.wpd

*136 Pierrepont Street*
*Brooklyn, New York 11201*

July 1, 2002

## BY INTEROFFICE MAIL

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. John Cioffoletti,
> Criminal Docket No. 00-196 (ILG)

Dear Sir:

On June 12, 2002, we submitted documents which set forth victim losses relating to the illegal activities of the above-referenced defendant. At that time, we advised that additional efforts were being made to establish the identity of each of the investors who lost money. To that end, attached are copies of account opening documents which show the identities of some of the investors who lost money. Additional documents are still being obtained.

Very truly yours,

ALAN VINEGRAD
UNITED STATES ATTTORNEY

By: David B. Pitofsky
Assistant U.S. Attorney
(718) 254-6292

Enclosures

cc: The Honorable I. Leo Glasser
(by interoffice mail)
(w/o enclosures)

2

Andrew Weinstein, Esq.
Attorney at Law
41 Madison Avenue, 34th Floor
New York, New York  10010
(by regular mail)
(w/ enclosures)

## J.W. Barclay - Customer Loss Calculations - Reg Rep John Cioffoletti

| Rep Number | Trade Date | Customer Buy or Sell | Shares | Price | Transaction Amount | Customer Profit | Custome Los |
|---|---|---|---|---|---|---|---|
| Security: CCWWW | | Account Number: | | | | | |
| 06310024 | 06/12/1996 | Buy | 2,000 | 0.100 | -200.00 | | |
| 06310024 | 06/25/1996 | Sell | 2,000 | 4.050 | 8,100.00 | | |
| | | | | Totals: | 7,900.00 | 7,900.00 | |

| Security: CCWWW | Account Number: | 63114042 | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

Numb

## J.W. Barclay - Customer Loss Calculations - Reg Rep John Cioffoletti

| Rep Number | Trade Date | Customer Buy or Sell | Shares | Price | Transaction Amount | Customer Profit |
|---|---|---|---|---|---|---|
| Security: CCWW | | Account Number: | | | | |
| 06310024 | 06/12/1996 | Buy | 25,000 | 6.000 | -150,000.00 | |
| | | | | Totals: | -150,000.00 | |
| Securit CCWW | | Account Number: | | | | |
| | 07/23/1996 | Sell | 100,000 | 10.500 | 1,050,000.00 | |
| | | | | Totals: | 1,050,000.00 | 1,050,000.00 |
| | | | | Totals for Security CCWW: | | 1,244,875.00 |



U.S. Department of Justice

United States Attorney
Eastern District of New York

EOC:dbp
F.#1998r01996
ltr-ct-rest2.wpd

156 Pierrepont Street
Brooklyn, New York 11201

June 20, 2002

## BY INTEROFFICE MAIL

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. John Cioffoletti,
>      Criminal Docket No. 00-196 (ILG)

Dear Sir:

On June 12, 2002, we submitted documents which set
forth victim losses relating to the illegal activities of the
above-referenced defendant. At that time, we neglected to
include a claim of loss by J. Jeffrey Weisenfeld, Esq.. Enclosed
are documents relating to Mr. Weisenfeld's claim, which we ask be
included with our prior submission.

Very truly yours,

ALAN VINEGRAD
UNITED STATES ATTTORNEY

By:

David B. Pitofsky
Assistant U.S. Attorney
(718) 254-6292

Enclosures

cc:  The Honorable I. Leo Glasser
     (by interoffice mail)
     (w/o enclosures)



U.S. Department of Justice

United States Attorney
Eastern District of New York

EOC)dbp
F #1998r01996
ltr-ct-rest2.wpd

136 Pierrepont Street
Brooklyn, New York 11201

June 20, 2002

### BY INTEROFFICE MAIL

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. John Cioffoletti,
Criminal Docket No. 00-196 (ILG)

Dear Sir:

On June 12, 2002, we submitted documents which set
forth victim losses relating to the illegal activities of the
above-referenced defendant. At that time, we neglected to
include a claim of loss by J. Jeffrey Weisenfeld, Esq. Enclosed
are documents relating to Mr. Weisenfeld's claim, which we ask be
included with our prior submission.

Very truly yours,

ALAN VINEGRAD
UNITED STATES ATTTORNEY

By:

David B. Pitofsky
Assistant U.S. Attorney
(718) 254-6292

Enclosures

cc: The Honorable I. Leo Glasser
(by interoffice mail)
(w/o enclosures)

2

Andrew Weinstein, Esq.
Attorney at Law
41 Madison Avenue, 34th Floor
New York, New York 10010
(by regular mail)
(w/ enclosures)

J. Jeffrey Weisenfeld, Esq.
Attorney at Law
401 Broadway
New York, New York 10013
(by regular mail)
(w/ enclosures)

J. JEFFREY WEISENFELD
ATTORNEY AT LAW
801 BROADWAY
NEW YORK, N.Y. 10003
(212) 925-4640
FAX (212) 966-0588

May 23, 2002

United States Attorneys'Office
Eastern District of New York
147 Pierrepont Street
Brooklyn, NY 11201

Attn: AUSA Jonathan Sack

RE:    U.S. v. Cioffoletti
00 Cr. 196; 01 Cr. 1049(ILG)

Dear Mr. Sack:

Part of Mr. Cioffoletti's sentence is to make restitution to persons who sustained a loss.

I wish to advise you that on May 15, 2002, a NASD Dispute Resolution Panel awarded me compensatory damages in the amount of $54,576.31 plus interest at the rate of 3½ % from June 27, 1996 through the date of the award.

This award was based upon my purchase of Cable & Co., Worldwide from J.W. Barkley & Co.

I request that you take this award into consideration regarding the computation of restitution.

If you need any further information, please let me know.

Very truly yours,

J. JEFFREY WEISENFELD

JJW/iel
cc:    USPO Rachael Swasey
United States Department of Probation
United States District Court
Eastern District of New York
111 Livingston Street
Brooklyn, NY 11201

J. JEFFREY WEISENFELD
ATTORNEY AT LAW
401 BROADWAY
NEW YORK, N.Y. 10013
(212) 925-8640
FAX (212) 966-0988

May 23, 2002

United States Attorneys' Office
Eastern District of New York
147 Pierrepont Street
Brooklyn, NY 11201

Attn: AUSA Jonathan Sack

RE:   U.S. v. Cioffoletti
      00 Cr 196; 01 Cr 1049(ILG)

Dear Mr. Sack:

Part of Mr. Cioffoletti's sentence is to make restitution to persons who sustained a loss.

I wish to advise you that on May 15, 2002, a NASD Dispute Resolution Panel awarded me compensatory damages in the amount of $54,576.31 plus interest at the rate of 3½ % from June 27, 1996 through the date of the award.

This award was based upon my purchase of Cable & Co., Worldwide from J.W. Barkley & Co.

I request that you take this award into consideration regarding the computation of restitution.

If you need any further information, please let me know.

Very truly yours,

J. JEFFREY WEISENFELD

JJW/iel
cc:   USPO Rachael Swasey
      United States Department of Probation
      United States District Court
      Eastern District of New York
      111 Livingston Street
      Brooklyn, NY 11201

J. JEFFREY WEISENFELD
ATTORNEY AT LAW
401 BROADWAY
NEW YORK, N.Y. 10013
(212) 925-8640
FAX (212) 966-0588

May 23, 2002

United States Attorneys'Office
Eastern District of New York
147 Pierrepont Street
Brooklyn, NY 11201

Attn: AUSA Jonathan Sack

RE:    U.S. v. Cioffoletti
00 Cr 196; 01 Cr 1049(ILG)

Dear Mr. Sack:

Part of Mr. Cioffoletti's sentence is to make restitution to persons who sustained a loss.

I wish to advise you that on May 15, 2002, a NASD Dispute Resolution Panel awarded me compensatory damages in the amount of $54,576.31 plus interest at the rate of 3½ % from June 27, 1996 through the date of the award.

This award was based upon my purchase of Cable & Co., Worldwide from J.W. Barkley & Co.

I request that you take this award into consideration regarding the computation of restitution.

If you need any further information, please let me know.

Very truly yours,

J. JEFFREY WEISENFELD

JJW/iel
cc:    USPO Rachael Swasey
United States Department of Probation
United States District Court
Eastern District of New York
111 Livingston Street
Brooklyn, NY 11201

 


U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EOC:dbp
F.#1998r01996
ltr-ct-rest2.wpd

*156 Pierrepont Street*
*Brooklyn, New York 11201*

July 3, 2002

## BY INTEROFFICE MAIL

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. John Cioffoletti,
> Criminal Docket No. 00-196 (ILG)

Dear Sir:

On June 12, 2002, we submitted documents which set
forth victim losses relating to the illegal activities of the
above-referenced defendant. At that time, we advised that
additional efforts were being made to establish the identity
of each of the investors who lost money. To that end, attached
are copies of account opening documents which show the identitie
of some of the investors who lost money. Additional documents
are still being obtained.

Very truly yours,

ALAN VINEGRAD
UNITED STATES ATTTORNEY

By:

David B. Pitofsky
Assistant U.S. Attorney
(718) 254-6292

Enclosures

cc: The Honorable I. Leo Glasser
(by interoffice mail)
(w/o enclosures)

2

Andrew Weinstein, Esq.
Attorney at Law
41 Madison Avenue, 34th Floor
New York, New York 10010
(by regular mail)
(w/ enclosures)



CIBC World Markets Corp.
245 Park Avenue
New York, NY 10047
Tel 917-332-4105

June 20, 2002

**VIA OVERNIGHT MAIL**

David Pitofsky
Assistant U.S. Attorney
United States Attorney
Eastern District of New York
1 Pierrepont Plaza
Brooklyn, New York 11201

Re:   **United States of America v. Frank Coppa, et al.**

Dear Mr. Pitofsky:

In further response to your Subpoena dated May 31, 2002, CIBC conducted a search of its purged customer records for the following accounts:

Enclosed please find new account documents for all but one account. Unfortunately, no documentation was found. To further assist in my search for records, if available, please provide me with a name and/or social security number for account no.

Should you have any questions, please feel free to contact me at 917-332-4336.

Very truly yours,

Maria Torres
Litigation Paralegal

RJN 00 000100 102212



J.W. Barclay - Customer information

| Name 1 | Name_Address_2 | Name_Address_3 | Name_Address_4 | Name_Address_5 | ame_Address | State | Zip_Cod e | Tin_C |
|---|---|---|---|---|---|---|---|---|
| | | 181 PUNTA ROCK RD | | | | NY | 11545 | 1433x |
| | | | | | | CA | 94611 | 5505x |
| | | | | | | NY | 11021 | 1030x |
| | | | | | | NY | 11791 | 0897x |
| | | | | | | NY | 11791 | 1294x |
| | | | | OUTE 4 - BOX | | AZ | 86001 | 9362x |
| | | | | | | CA | 92660 | 5576x |
| | | | | | | GA | 30075 | 2417x |
| | | | | | | GA | 30041 | 2594x |
| | | | | | | PA | 19027 | 1623 |
| | | | | | | NJ | 08002 | 2012 |
| | | | | | | TN | 37923 | 3106 |
| | | | | | | NY | 11747 | 1134 |
| | | | | | | NY | 11743 | 1130 |
| | | | | | | | 34652 | 1006 |
| | | | | | | NY | 11563 | 1262 |
| | | | | | | IL | 60441 | 3516 |
| | | | | | | IL | 60441 | 3516 |
| | | | | | | AL | 36007 | 5596 |
| | | | | | | PA | 17315 | 1943 |
| | | | | | | OH | 44509 | 2902 |

Page 77