REPLY TO:

EOC:DP
F.#1998R01996
WITNESS-LIST.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

DANIEL PERSICO,

        Defendants.

- - - - - - - - - - - - - - - - - X

00 Cr. 196 (ILG)

## THE GOVERNMENT'S WITNESS LIST

1. Traci Manuel
2. Joseph Polito
3. Felix Sater
4. Special Agent Leo Taddeo
5. Professor Steven Thel

Respectfully submitted,

ALAN S. VINEGRAD
United States Attorney
Eastern District of New York

Eric O. Corngold
David B. Pitofsky
Assistant U.S. Attorneys
 (Of counsel)