UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: GLASSER, J.          DATE:    MARCH 13, 2012          TIME:    12:00 Noon

DOCKET #: 12 MC 150 (ILG)

TITLE:    In Re Applications to Unseal 98 CR 1101(ILG), USA v. John Doe

DEPUTY CLERK:    Stanley Kessler

COURT REPORTER:          Judi Johnson

APPEARANCES:

    For Respondent U.S.A.:    Todd Kaminsky, AUSA
                                     Elizabeth Jane Kramer, AUSA

    For Respondent John Doe: Nader Mobargha, Esq.

### IN CAMERA TELEPHONE CONFERENCE

- ✔ Case called.
- ✔ Nader Mobargha, Esq. present for respondent John Doe.  Todd Kaminsky, AUSA and Elizabeth Jane Kramer, AUSA present for respondent U.S.A.
- ✔ Telephone conference held, _in camera_.

**TIME:**    0/10