UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re Application to Unseal the Docket            ORDER
And Contents Thereof in 98 CR 1101
                                                  12 MC 150 (ILG)
-----------------------------------------------------------x
GLASSER, Senior United States District Judge:

    In a letter dated March 27, 2013, Frederick Oberlander and intervenor Lorienton Palmer requested the Court to docket the sealed Memorandum and Order ("M&O") of March 15, 2013 (which they incorrectly refer to as the "March 14 order"), and for permission to move the Court for a reconsideration of that M&O within 14 days thereafter. Dkt. No. 108. The sealed M&O is docket #106 on 12-MC-150 and #221 on 98-CR-1101, the entries of which were inadvertently sealed. Those docket entries are now reflected on both docket sheets. The M&O itself remains sealed. Their request to file their motion to reconsider is GRANTED.

    SO ORDERED.

Dated:    Brooklyn, New York
           March 28, 2013

                                            I. Leo Glasser
                                            Senior United States District Judge